# M E M O R A N D U M

Re: DeLeon Reed

Case No. 18-00038-01-CR-W-GAF



### Violation Report - Warrant Recommended

April 11, 2024

TO THE HONORABLE GARY A. FENNER
    SENIOR U.S. DISTRICT JUDGE:

### Sentencing History

| | | | |
|---|---|---|---|
| Offense: | Felon in Possession of a Firearm | | |
| Date Sentence Imposed: | 11/17/2021 | Sentence Imposed: | 50 months custody<br>36 months TSR |

Special Conditions:
    Substance Abuse Treatment and Testing
    Mental Health Treatment
    Search and Seizure
    WDMO Employment Guideline

| | | | |
|---|---|---|---|
| Date Supervision Began: | 6/15/2022 | Expiration Date: | 6/14/2025 |

### Alleged Violations

**Violation of Mandatory Condition**, which reads, "You must not commit another federal, state or local crime."

**Violation of Standard Condition**, which reads, "You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers)."

According to Raytown, Missouri, Police Department (Incident Report 24-0625), on March 11, 2024, at approximately 1:45 am, Raytown, Missouri, police officers responded to the Dirty Bird Bar and Grill in Raytown, Missouri, regarding a shooting where two male parties suffered gunshot wounds. They were struck by gunfire inside of a black, Chrysler 200 sedan, and were transported from the scene in a black Chevrolet Tahoe, where they were dropped off at Research Medical Center. The two victims were later identified as Cedrick Scott and Dontae Strother.

Defense EXHIBIT A
US v. Deleon Reed

On March 19, 2024, Reed was identified to be involved in the shooting and is a suspect. He is seen on surveillance video wearing an orange decorated hoodie, driving a gray and black Dodge Challenger vehicle. The passenger in the vehicle is identified as Antonio Sullivan who is also a suspect.

The video shows both Reed and the victim's Chrysler vehicle were parked in the Dirty Bird Bar and Grill parking lot. Reed begins shooting into the Chrysler vehicle until the handgun goes to slide-lock, indicating the gun no longer had ammunition. While Reed is shooting into the vehicle, the driver of the Chrysler, Cedrick Scott, shoots back out of the driver's window. Reed reverses the car he is driving and hits another car while backing up. Strother was a passenger inside the Chrysler and is seen falling out of the vehicle and moving to the other side of the vehicle. Gunfire smoke was seen coming from the driver and passenger side of the Challenger vehicle, indicating that both Reed and Sullivan were shooting firearms. Additionally, .40 Smith and Wesson and .45 Automatic Colt Pistol casings were located in the area of where the Challenger was discharging firearms. The Challenger left the area before law enforcement arrived.

The victims suffered injuries from the shooting. Strother sustained a single gunshot wound to his left thigh. Scott's injuries are not described in the incident report; however, it states that he was intubated and unable to speak when detectives went to interview him at the hospital.

Reed has not yet been charged with any new law violations; however, the United States Attorney's Office is investigating this incident and new charges may be forthcoming. Reed remains in the community.

> **Violation of Standard Condition**, which reads, "You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer."

Reed was associating with Antonio Sullivan, who were both engaging in criminal activity based on the circumstances described in the shooting incident on March 11, 2024. Sullivan was the passenger in the vehicle that Reed was driving. Sullivan is a convicted felon who was previously on supervised release for felon in possession of a firearm (4:14-00335-01-CR-W-RK) and is Reed's half-brother.

**Previous Violations in Instant Supervision**

None.

**Supervision Adjustment**

Reed commenced his term of supervised release on June 15, 2022. Since his release, he has remained unemployed, while pending disability income, and resides with either his mother or his girlfriend. He relies on his family to help support him financially.

At the onset of supervision, he had a dual diagnosis assessment, and no further treatment was recommended. He continues to be drug tested to monitor his compliance in abstaining from the use of illegal substances. As noted above Reed is filing for disability. He has indicated he has some depression and anxiety in being in large crowds. He noted his anxiety affects his daily life such as getting groceries; therefore, he stated he does not go anywhere. When he has expressed these feelings to this officer, he has been encouraged to go to University Health for an assessment, as he could walk in the same day for assistance. It should be noted in February 2023, he reported obtaining a mental evaluation through the Social Security Administration, to assist in him obtaining disability benefits; this officer was not provided a copy of such. During a recent home visit, he noted he would need an updated evaluation to submit for his benefits application, due to the date of his last evaluation.

While Reed has incurred no violations throughout his supervision, these current allegations are very serious and should not be taken lightly. Furthermore, his previous term on supervised release (13-00336-01-CR-W-GAF) was revoked for being in possession of a .22 caliber revolver and a .40 caliber Glock handgun.

### Recommendation

Mandatory revocation is required under 18 U.S.C. 3583(g)(2) if the defendant possesses a firearm as such term is defined in 18 U.S.C. 921, in violation of federal law, or otherwise violates a condition of supervised release prohibiting the defendant from possessing a firearm.

Based on the above violations, the Probation Office respectfully requests a supervised release violator's warrant be issued. Reed is a significant danger to the community as he is in violation of possessing and discharging a firearm towards people. He is aware that he is not to possess any firearms, in any capacity, for the mere fact that he is on supervision for felon in possession of a firearm.

Assistant U.S. Attorney Ashleigh Ragner has been advised of the violation conduct and of the recommendation of the Probation Office.

Should the Court concur, the appropriate Order is attached. Should the Court desire other action, please advise.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Monica Holsteen
U.S. Probation Officer

MH:bfj
Attachments
cc: Ashleigh Ragner, Assistant U.S. Attorney

Approved: _____, Supervisor

UNITED STATES OF AMERICA v. DeLeon Reed

Case No. 18-00038-01-CR-W-GAF

Monica Holsteen
U.S. Probation Officer

LIST OF VIOLATIONS

**Violation of Mandatory Condition**, which reads, "You must not commit another federal, state or local crime."

**Violation of Standard Condition**, which reads, "You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer."

According to Raytown, Missouri, Police Department (Incident Report 24-0625), on March 11, 2024, at approximately 1:45 am, Raytown, Missouri, police officers responded to the Dirty Bird Bar and Grill in Raytown, Missouri, regarding a shooting where two male parties suffered gunshot wounds. On March 19, 2024, Reed was identified to be involved in the shooting and is a suspect. He is seen on surveillance video wearing an orange decorated hoodie, driving a gray and black Dodge Challenger vehicle. The passenger in the vehicle is identified as Antonio Sullivan who is also a suspect.

The video shows that both Reed and the victim's Chrysler vehicle are parked in the Dirty Bird Bar and Grill parking lot. Reed begins shooting into the Chrysler vehicle until the handgun goes to slide-lock, indicating the gun no longer had ammunition. While Reed is shooting into the vehicle, the driver of the Chrysler, Cedrick Scott, shoots back out of the driver's window. Reed reverses the car he is driving and hits another car while backing up. Strother was a passenger inside the Chrysler and is seen falling out of the vehicle and moving to the other side of the vehicle. Gunfire smoke was seen coming from the driver and passenger side of the Challenger vehicle, indicating that both Reed and Sullivan were shooting firearms. Additionally, .40 Smith and Wesson and .45 Automatic Colt Pistol casings were located in the area of where the Challenger was discharging firearms. The Challenger left the area before law enforcement arrived.

**Violation of Standard Condition**, which reads, "You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers)."

Reed was associating with Antonio Sullivan, who were both engaging in criminal activity based on the circumstances described in the shooting incident on March 11, 2024. Sullivan was the passenger in the vehicle that Reed was driving. Sullivan is a convicted felon who was previously on supervised release for felon in possession of a firearm (4:14-00335-01-CR-W-RK) and is Reed's half-brother.