

# Kansas City Missouri Police Department

## Incident: KC24056233

### Incident details:

| | |
|---|---|
| **Incident Type:** | Felon/Prohibited Person in Possession of a Firearm/Ammunition/Body Armor |
| **Incident time:** | 07/19/2024 14:12 |
| **Reported time:** | 07/19/2024 13:32 |
| **Incident location:** | 414 NW ENGLEWOOD RD, KANSAS CITY, CLAY MO USA 64118 (Division: NPD, Basic car area: 412, RD: PC0678) 64118 |
| **Incident status:** | Active, Assigned (Investigations available) |
| **Summary:** | On 07-19-2024, at 1412 hours, Detective King, Conklin, Nauyok, Sgt Hernandez, US Deputy Marshal Smith, Duran, Hill, Barry, Lancour, and myself conducted a business at 414 NW Englewood in regard to a party wanted. /S/ Det. Thilges #4676 |

### Involved Addresses:

- [Interview location] 7601 PROSPECT AVE, KANSAS CITY, JACKSON MO USA 64132 (Division: MPD, Basic car area: 242, RD: PJ5702) (Metro Patrol Division)
- [Dispatched location] 414 NE ENGLEWOOD RD KANSAS CITY,
- [Arrest location; Offense/incident location; Property recovery location] 414 NW ENGLEWOOD RD, KANSAS CITY, CLAY MO USA 64118 (Division: NPD, Basic car area: 412, RD: PC0678)

### Involved Persons:

| | | | |
|---|---|---|---|
| **Name:** | REED, DELEON FLOYD | **Gender:** | Male |
| **Classification:** | Arrested; Suspect; Charged | **DOB:** | ■■■ |
| **DL:** | ■■■ | **SSN:** | ■■■ |
| **Address:** | ■■■ | | |
| **Height:** | 6'1" | **Weight:** 190lb | **Build:** Average |
| **Race:** | Black | **Hair Color:** Black | **Eye Color:** Brown |

### Involved Businesses/Organizations:

### Involved Property:

- Item #1 / P24029721 / DNA : Swab / Evidence; Recovered / DNA SWAB OF FRAME / Quantity: 1 / *dna swab of glock 22 s/n MAA017 frame*
- Item #2 / P24029722 / DNA : Swab / Evidence; Recovered / DNA SWAB OF TRIGGER / Quantity: 1 / *dna swab of glock 22 s/n MAA017 trigger*
- Item #3 / P24029729 / Pistol : Semiautomatic action (autoloading) / Evidence; Recovered / GLOCK, INC. 22 GLOCK 40 SEMI-AUTO WITH 22 ROUND MAGAZINE / MAA017 / 40 caliber / Orig. Value $1.00 / Quantity: 1
- Item #4 / P24029727 / Machinery/tools: Holster / Evidence; Recovered / DESANTIS G

Defense EXHIBIT B US v. Deleon Reed

- HOLSTER] / Orig. Value $1.00 / Quantity: 1
- Item #5 / P24029728 / Ammunition : Live round / Evidence; Recovered / UNKNOWN OR UNLISTED GUN MAKE 21, .40 CAL, LIVE ROUNDS / 40 caliber / Orig. Value $1.00 / Quantity: 21 / *9-Sig 40 S&W, 9-WIN 40 S&W, 3-Hornady 40 S&W*

## Involved Vehicles:

- Involved in incident / Dodge Charger 2011 VIN:2B3CJ7DJ0BH595227 / [Automobile: Hardtop, 4-door] MO Reg #TH6Z7Z (stolen auto ) Colors: Black

## Involved Officers:

- Reporting officer / KING, D. / #4951 / KCPD / FUGITIVE APPREHENSION AND ARRAIGNMENT SECTION - WATCH II
- Arresting officer; Reporting officer / THILGES, P. / #4676 / KCPD / FUGITIVE APPREHENSION AND ARRAIGNMENT SECTION - WATCH II
- Reporting officer / CONKLING, K. / #5645 / KCPD / FUGITIVE APPREHENSION AND ARRAIGNMENT SECTION - WATCH II
- Detective / SANDIFER, J. / #5424 / KCPD / ILLEGAL FIREARMS SQUAD

## Arrest and book:

| | |
|---|---|
| Subject: | REED, DELEON FLOYD / DOB: 02/17/1993 [31] / Arrested; Suspect; Charged |
| Author: | #4676 THILGES, P. |
| Entered by: | #4676 THILGES, P. |
| Report time: | 07/19/2024 15:38 |
| Entered time: | 07/19/2024 15:38 |
| Charges: | KC24056233 571020 [Closed] Adult Unlawful Possession, Transport, Manufacture, Repair Or Sale Of Illegal Weapon {Weapon Offense (free text)} 07/20/2024 Released pending further investigation (PD only) 07/20/2024 Released pending further investigation (PD only) (hold for Det Sandifer ) |

# Reports:

## General report:

| | | | |
|---|---|---|---|
| **Author:** | #4676 THILGES, P. | **Report time:** | 07/19/2024 16:08 |
| **Entered by:** | #4676 THILGES, P. | **Entered time:** | 07/19/2024 16:08 |
| **Approved by:** | #4448 HERNANDEZ, A. | **Approval time:** | 07/24/2024 10:27 |

**Narrative:**

On 07-19-2024, at 1412 hours, Detective King, Conklin, Nauyok, Sgt Hernandez, US Deputy Marshal Smith, Duran, Hill, Barry, Lancour, Missouri Highway Patrolman Scott and myself conducted a business at 414 NW Englewood in regard to a party wanted.

The party wanted was a Deleon F Reed B-M 02-17-1993. He was wanted on a US Marshal's Federal Supervisory Release Violation for Felon In Possession of a Firearm. We observed the party exit the drivers seat of a black 2011 Dodge Challenger VIN# 2B3CJ7DJ0BH595227 and enter the New Urban Barber and Beauty Shop at 414 NW Englewood. We then observed the party wanted exit the barber shop at which time we attempted to make contact with the party wanted to take him into custody for his warrant. He observed us approaching and turned around and ran back into the store. Deputy Marshal Duran observed the party grasping the front of his waist ban as he was running back into the store in an attempt to evade arrest. Deputy Marshal Duran and Detective King pursued the party to the back of the store along with Deputy Marshal Barry and the party was taken into custody without further incident. Search of the party wanted incident to arrest revealed a holster concealed in the front of the party wanted waist band. Detective King then observed a black Glock 22 .40 caliber handgun (serial#MAA017) within close proximity ( 6-8 feet) from where he was taken into custody. The handgun was recovered and made safe. It was revealed to not have a live round in the chamber but did have a magazine in the magazine well of the firearm with 21 live rounds in the magazine of the gun.

The listed handgun had a switch making it fully automatic. It was reported stolen on 8-16-2023 on KCPD Report Number 23-055505. The firearm was recovered at Shoal Creek Patrol Division Property Room by Detective Conklin and a supplemental recovery report on the stolen firearm was completed by Detective Conklin. He notified the stolen gun desk of the recovery. Detective Conklin swabbed the handgun for DNA and it was recovered as evidence.

We then contacted the owner of the business and he was able review video of what appeared to be the listed party grasping the listed handgun before he was taken into custody inside the store.

Detective Sandifer of the Illegal Firearms Squad was contacted and informed to place the listed party on a investigative hold for Felon in Possession of a Firearm.

The above listed vehicle was a reported stolen auto out of KCMO on CRN# 23-055208 .Missouri Highway Patrol Trooper Bradley responded to the scene and recovered the stolen vehicle on report number 240367497.

/S/ Det. Thilges #4676

## Incident Supplemental: Progressive Investigation

| | | | |
|---|---|---|---|
| **Author:** | #5645 CONKLING, K. | **Report time:** | 07/19/2024 16:09 |
| **Entered by:** | #5645 CONKLING, K. | **Entered time:** | 07/19/2024 16:09 |
| **Approved by:** | #4448 HERNANDEZ, A. | **Approval time:** | 07/24/2024 10:28 |

**Remarks:**
**Narrative:**

On 7-19-2024, I responded to Shoal Creek Division to process a firearm for DNA at the request of Det. Thilges.

I processed a black Glock 22 handgun, S/N: MAA017. I used one swab from the frame/slide and one additional swab from the trigger/trigger guard.

The two swabs were recovered for evidence and secured in the Shoal Creek Property Room.

/s/ Det. Conkling 5645

**Person Supplemental: Interview – Suspect**

| | | | |
|---|---|---|---|
| **Subject:** | REED, DELEON FLOYD / DOB: 02/17/1993 [31] / Arrested; Suspect; Charged | | |
| **Author:** | #5424 SANDIFER, J. | **Report time:** | 07/23/2024 16:48 |
| **Entered by:** | #5424 SANDIFER, J. | **Entered time:** | 07/23/2024 16:48 |
| **Remarks:** | | | |
| **Narrative:** | | | |

    On July 20th, 2024 I responded to the Metro Patrol Division and checked **REED**, Deleon B/M 2/17/1993 out of the Metro Patrol Detention at 0028 hours and escorted him to the Metro Detention Interview Room. I read aloud the Miranda Warning and Waiver to **REED** and I asked him if he understood his rights, which he said "Yes". A D.I.R. PD Form 442 was also completed.

    I asked **REED** what occurred earlier in the day and **REED** said he did know, but he was told he had a Probation Violation. **REED** said he hasn't been in trouble, so he didn't know what he was in trouble for. **REED** told me he had been in the federal system twice. I asked **REED** if he was felon and he knew he couldn't possess firearms and he said "right". I asked **REED** what happened when he was at the barber shop before he got arrested and he said he was "Chilling and stuff" while he was waiting for his friend to get his hair cut. **REED** continued to say he was looking around but couldn't remember exactly what happened, because it all happened so quick. I told **REED** I watched the video of him at the barber shop. I explained to **REED** the video shows him walking to his car and seeing the Detectives and Marshals pulling up to arrest him. I continued to explain to **REED** the video shows him running into the barber shop pulling the gun out of his waist band and clearly possessing a firearm in his hand before he tossed it on the ground. After presenting this information to **REED**, he dropped his head and became silent for a short period of time. While **REED** was sitting silently, I told him the firearm he had with him was stolen and had a switch on it. **REED** still sat in silence, so I asked him how long he has had the firearm and he told me he took it from his nephew to get rid of it because he didn't want his little nephew to have the gun. **REED** told me his nephew got the gun from a guy named Lamar and he knows Lamar to be involved in criminal activity.

    **REED** was escorted back to Detention at 0209 hours. This interview was captured on the AXON video and audio system and saved. This is just an overview of the recorded interview, not a verbatim account.

/S/ Det. Sandifer #5424

## External Documents:

### Person Documents:

| | | | |
|---|---|---|---|
| **Title:** | Form 442 P.D. - Detective Investigation Report | **Document type:** | PDF |
| **Subject:** | REED, DELEON FLOYD / DOB: 02/17/1993 [31] / Arrested; Suspect; Charged | | |
| **Author:** | #5424 SANDIFER, J. | **Report time:** | 07/22/2024 16:35 |
| **Entered by:** | #5424 SANDIFER, J. | **Entered time:** | 07/22/2024 16:35 |

## Action Log:

| Type | Entry time | Event time | Author | Log entry/Status Change |
|---|---|---|---|---|
| Case status change | 07/22/2024 16:32 | 07/22/2024 16:32 | #5424 SANDIFER, J. | (#5424 SANDIFER, J.) Changed: Clearance status from 'New' to 'Active, Assigned (Investigations available)' |