

# RAYTOWN POLICE DEPARTMENT

10000 EAST 59TH ST

RAYTOWN, MO 64133

816-737-6020

## Incident Information

| Incident No. | Call No. | Call Type | How Reported |
|---|---|---|---|
| 24-0625 | 735018 | Shots Fired | |
| Report Date | Assigned Time | Arrived Time | Completed Time |
| 03/11/2024 | 01:48 AM | | 03:03 AM |
| Date Occurred From | Time Occurred From | Date Occurred To | Time Occurred To |
| 03/11/2024 | 01:45 AM | | |

## Location Information

| Address | Apt No. | City | State | Zip |
|---|---|---|---|---|
| 6600 BLUE RIDGE BLVD | | RAYTOWN | MO | 64133 |
| Location Description | | Zone | | |
| DIRTY BIRD | | - Assault Agg. | | |

## Incident Synopsis

OFFICERS RESPONDED TO A SHOOTING, A REPORT WAS TAKEN.

## Officers Assigned

| Badge # | Officer | Responsibility |
|---|---|---|
| 119 | SHROYER, TREVOR | Approved-By Officer |
| 121 | FOX, ROBERT | Investigating Officer |
| 109 | WISE, JOE | Assisting Officer |
| 125 | JEFFERY, BRANDON | |
| 110 | SHROUT, CHRIS | |
| 186 | GROWNEY, NICOLE | Review Officer |
| 144 | FERGUSON, BRANDON | Reporting Officer |

## Approval Information

| Reviewed By | Date |
|---|---|
| SHROYER, TREVOR | 03/11/2024 |
| Approved By | Date |
| SHROYER, TREVOR | 03/11/2024 |



Defense **EXHIBIT C** US v. Deleon Reed