| Completed By | Date |
|---|---|
| SHROYER, TREVOR | 03/11/2024 |
| Approved By | Approved On |
| Wise, Joe | 03/11/2024 |

On 03/11/2024 at approximately 0148 hours, Officers were notified about a possible shooting at the Dirty Bird Bar and Grill (6600 Blue Ridge Cutoff, Raytown, MO 64133). I responded to Research Medical Center (2316 Meyer Blvd, KCMO) where they advised two individuals who were shot arrived in a black Chevy Tahoe. While responding, Dispatch advised that the Tahoe had left the hospital in an unknown direction. Upon arrival at the hospital, I made contact with a security employee who advised both individuals were dropped off at the Emergency Room entrance and the driver just drove off after ripping his temp tag off his vehicle. I observed both of the individuals in the ER. ▮▮▮▮▮▮▮▮▮ a black male, born ▮▮▮ was being escorted to CT. He appeared to be suffering from a single gun shot wound to the left thigh. After a short time, Mr. ▮▮▮▮▮ returned to room 3 in the ER where I contacted him. Mr. ▮▮▮▮▮ was given a pain medication so talking to him was difficult. I was able to confirm his identity and when asked if he knew who did it, he just stated "I have no idea, I was just smoking a cigarette and got shot" Mr. ▮▮▮▮▮ then fell asleep and was unable to answer anymore questions for either me or the Doctor. I then collected the clothing and items he was wearing and secured it in a clear hospital bag for investigations.

I attempted to make contact with ▮▮▮▮▮▮▮▮ a black male, born ▮▮▮▮▮ however he was intubated and unable to speak. I again recovered all of his clothing and items from in the pocket. Upon the initial search of his property I located a clear brown vial with a liquid that is believed to be PCP in one of the pockets. That along with the clothing was recovered for investigations.

Detective Jeffery arrived at Research and took custody of the items at 0404 hours.

I had previously attempted to talk to the family, however they did not want to talk. The family also refused to identify Mr. ▮▮▮ I was able to confirm his identity using a DOR photos and a probation photo on file.

I was released from the hospital by Detectives.



Defense
**EXHIBIT D**
US v. Deleon Reed