| Supplement: 24-0625 | |
|---|---|
| Completed By<br>SHROUT, CHRIS | Date<br>03/13/2024 |
| Approved By<br>Greer, Thomas | Approved On<br>03/14/2024 |

On 03-13-24 at approximately 1115 hours I responded to Discount Smoke located at 6612 Blue Ridge Blvd. to view their surveillance video from the night of 03-11-24. The clerk allowed us to review the video and watching their surveillance I learned that their video was about 50 minutes behind the actual time of the incident. In watching the video I found that Mr. ▮▮▮ and Mr. ▮▮▮ arrived in the parking lot at approximately 0024 hours and parked in front of discount Smoke backing in. They meet up with a black and Silver Dodge Charger with a temporary license plate.

at 0034 hours victim #2 ▮▮▮ exited the victim vehicle and walked around and spoke to other people outside the business he entered back in the victim vehicle for a brief time, got out and met up with two females and walked toward the Dirty Bird out of view.

At 0054 victim #1 ▮▮▮ drove out of his parking space and north through the lot picking up victim #2, south of the middle entrance to the shopping center, with the black and silver following. You can see the suspect cross Blue Ridge Blvd. and approach the shopping center. The suspect walked down the edge of the shopping center and out of view of the camera. The surveillance video was downloaded to the digital media drive under the case number in a folder labeled "Discount Smokes video"

1 / 1

Case 4:24-cr-00198-SRB    Document 19-5    Filed 03/24/25    Page 1 of 12

Defense
**EXHIBIT**
**E**
US v. Deleon Reed

REED_00000102

## Supplement: 24-0625

| Completed By | Date |
|---|---|
| FOX, ROBERT | 03/14/2024 |
| Approved By | Approved On |
| Shrout, Chris | 03/15/2024 |

```
On 03-14-2024 at approximately 1000 hours, the recovered iPhone (item 69-1855) from the
victim vehicle was checked out of Raytown Police property and transported to the United
States Secret Service (USSS) Digital Evidence Forensics Lab (DEFL) upon issuance of a
signed search warrant for the phone's contents. A copy of the warrant was uploaded to the
DEFL Magnet ATLAS evidence intake portal.

The phone was transferred to Network Intrusion Forensic Analyst (NIFA) Dickensheet for
analysis and extraction pursuant to the search warrant.
```

# Supplement: 24-0625

| Completed By | Date |
|---|---|
| FOX, ROBERT | 03/14/2024 |
| Approved By | Approved On |
| Shrout, Chris | 03/15/2024 |

On 03-14-2024, I contacted Dontae Strother via phone (816-674-0057) on a follow-up from my conversation with him the day prior. I previously told Strother that he could think about whether or not he wished to aid in prosecution in this case, and I would call him the next day to talk with him again. He stated he was okay with that.

During my contact with Strother on 03-14-2024, he advised that he wanted to "call it good and walk away" indicating that he no longer wished to aid in prosecution.

# Supplement: 24-0625

| Completed By | Date |
|---|---|
| FOX, ROBERT | 03/19/2024 |
| Approved By | Approved On |
| | |

On 03-14-2024 at approximately 1353 hours, I received an email from Crime Analyst (CA) Stoker containing a pasted email from Deputy US Marshal Caleb Smith out of the Western District of MO.

In the email, Deputy Smith provided Facebook screenshots of associates of Cedrick Scott, and identified one as Antonio Sullivan (b/m 06-07-1989). Using the surveillance video from Discount Smokes, I was able to identify Sullivan as the passenger in the gray/black Dodge Challenger - from which there were apparent firearm discharges as seen on the Dirty Bird surveillance. Sullivan showed a criminal history of violent offenses including a federal offense of unlawful transport of a firearm from November 2014, and corresponding violations of supervised release.

A Facebook friend of Sullivan was named "He'll Cat" - of which the term "hellcat" (commonly associated with Dodge sports cars, including Challengers) could be interpreted. A check of this profile showed a picture with the name "Deleon Reed" beneath it. A check of the name through MULES/NCIC returned to Deleon Reed III (b/m 02-17-1993). Based upon Reed's Missouri DOR and US BOP mugshot, I identified Reed as the driver of the Dodge Challenger. Reed's criminal history showed prior convictions including a Federal case for carjacking under 18 USC 2119. He showed subsequent violations of supervised release.

| Supplement: 24-0625 | |
|---|---|
| Completed By<br>JEFFERY, BRANDON | Date<br>03/19/2024 |
| Approved By<br>Greer, Thomas | Approved On<br>03/20/2024 |

On 03-11-2024 at approximately 0206 hours, I was contacted by Detective Sgt. Shrout, via phone, who requested that I respond to Research Medical Center, 2316 E Meyer Boulevard, Kansas City, Missouri 64132 regarding two subjects who had sustained gunshot injuries as a result of an aggravated assault (Report #24-0625).

The subjects were later identified as Dontae A. Strother (B/M 03-29-1994) and Cedrick WJ. Scott (B/M 01-01-1994).

Upon arrival, I contacted Cpl. Shroyer in the Emergency Department. Cpl. Shroyer explained that Cedrick was transported to "surgery" prior to my arrival and that Dontae was located inside Room #3. Upon entering Room #3, I informed Dontae who I was and the reason for my contact. Dontae stated he was not provided any type of medication from hospital staff prior to my arrival.

The following represents a summary of substance and statements made during the course of the interview and is neither intended to reflect a verbatim record of the interview nor is it necessarily presented in chronological order:

Dontae explained that he arrived at the Dirt Bird Bar & Grill, 6600 Blue Ridge Boulevard, Kansas City, Missouri 64133 with his mother, Monique Rabon (B/F 11-01-1975) in her gold 2014/15/16 (Toyota) Camry.

While inside, Dontae stated he was playing "pool" with his mother and other females (unknown). After being inside for approximately thirty (30) minutes, Dontae stated he exited the Dirty Bird to smoke a cigarette, which he described as being "in the front." While outside, Dontae stated that an unknown black male asked if he had a lighter. After speaking with the unknown black male, Dontae stated he and the unknown male entered a black passenger car.

It should be noted that the unknown black male occupied the driver's seat and Dontae occupied the front passenger seat.

While inside the black passenger car, Dontae stated he and the black male were talking, when "someone walked up and started shooting," through the vehicles window and door. Dontae advised he heard approximately twenty (20) or more gunshots during the incident.

During the shooting, Dontae stated he exited the front passenger seat of the black car, at which time he attempted to "hide up under the car." Dontae stated the suspect "wasn't standing over me but he seen me outside the car and he was shooting, just trying to get me."

Prior to being transported to the hospital, Dontae stated he and the unknown front seat passenger were removed from the black car prior to being placed in the backseat of a truck (unknown).

As a result of the incident, Dontae stated he sustained a "gunshot to the left side, in and out." Dontae clarified his left side as being his left thigh.

During the incident, Dontae advised that he was clad in a light pair of pants (jeans) and a white t-shirt. Dontae denied that he was "beefing" or had any sort of altercation with anyone while at the Dirty Bird.

Dontae was unable to provide a suspect description other than him "knowing it was a male."

When asked if Monique had been notified of the incident, Dontae advised that his mother (Monique) was "outside."

Prior to the completion of my contact with Dontae, he signed a medical release form in regard to obtaining his medical records.

My audio recorded contact with Dontae was downloaded onto the police computer under the following path: M:\2024 Digital Media\24-0625\Dontae Strother Contact.

After speaking with Dontae, I walked to the Emergency Department's waiting room, where I contacted Monique Rabon, who was accompanied by a black female who she identified as being "Mrs. Worthy". I informed Monique who I was and the reason for my contact.

The following represents a summary of substance and statements made during the course of the interview and is neither intended to reflect a verbatim record of the interview nor is it necessarily presented in chronological order:

Monique explained that she arrived to the Dirty Bird at approximately 2330 hours. When asked if she and Dontae went to the Dirty Bird together, Monique stated "no, I did not." Monique advised that she drove her gold Lexus to the Dirty Bird.

While inside the Dirty Bird, Monique stated that she was approached by a female (unknown) who informed her that Dontae was outside. Upon exiting the Dirty Bird, Monique stated she located Dontae outside of the business. Monique stated she and Dontae then walked inside the Dirty Bird together.

2 / 8

Case 4:24-cr-00198-SRB    Document 19-5    Filed 03/24/25    Page 6 of 12

REED_00000109

While inside, Monique stated she and Dontae were talking and laughing. Monique denied that there was any type of altercation inside the Dirty Bird.

Upon Dontae exiting the Dirty Bird, Monique stated she "actually walked him to the car." After walking Dontae to the car, Monique stated she returned inside the Dirty Bird.

At approximately 0030-0100 hours, "Mrs. Worthy" advised that is when the sound of gunshots could be heard. Monique stated she "hit the floor" upon hearing gunshots.

Monique was unable to provide further information regarding the incident.

Prior to the completion of my contact with Monique, I provided her with my business card.

My audio recorded contact with Monique was downloaded onto the police computer under the following path: M:\2024 Digital Media\24-0625\Monique Rabon Contact.

At approximately 0404 hours, Cpl. Shroyer provided me with hospital property bags belonging to Dontae and Cedrick. Dontae's signed medical release form and hospital property bags were secured inside my police vehicle prior to being transported to Raytown Police Department, 10000 E 59th Street, Raytown, Missouri 64133.

Once at police headquarters, the above medical release form and hospital property bags were transported inside the Investigations Unit. Property belonging to Dontae (black stocking cap, white t-shirt, white tank-top, black zip-up hoodie, blue jeans, black belt & white Nike AF1's) was placed inside Evidence Dryer #A for drying purposes.

While placing Dontae's property inside Evidence Dryer #A, I located the following items, which were removed from Dontae's clothing articles and hospital property bag: Left Front Jeans Pocket-Newport cigarette pack, PENN PLAY card, Spearmint gum, blue Bic lighter. Left Front Pocket of Black Zip-Up Jacket-marijuana cigarette, white cloth (displaying apparent blood), spent shell casing (.40 cal S&W Blazer). Hospital Property Bag-black comb & red case Vaseline.

The following digital images were taken of the above items:

1. Overall clothing items inside evidence dryer "A" (Strother)
2. Vaseline & black comb (Strothers property mag)
3. Hospital property bag (Strother)

4. Bic lighter (Strother)

5. Misfire

6. PENN PLAY card (Strother)

7. Backside PENN PLAY card (Strother)

8. Gum

9. Headstamp .40 caliber "Blazer" spent shell casing (Strother)

10. Spent shell casing (Strother)

11. Marijuana cigarette (Strother)

12. White towel displaying apparent blood (Strother)

13. White towel-midrange apparent blood (Strother)

14. White towel-close up apparent blood (Strother)

15. Backside white towel

16. Newport cigarette pack-displaying apparent blood (Strother)

17. Newport cigarette pack-displaying apparent blood (Strother)

18. Newport cigarette pack-displaying apparent blood (Strother)

19. Newport cigarette pack-contents

The images were downloaded onto the police computer under the following path: M:\2024 Digital Media\24-0625\Items from Clothing & Medical Bag-Strother.

At approximately 0522 hours, Dontae's clothing articles were secured inside Evidence Dryer #A and the above items removed from his clothing and hospital bag were placed inside EL #103 inside the Investigations Unit.

While placing Cedrick's property inside Evidence Dryer #B, I located the following items, which were removed from Cedrick's clothing articles and hospital property bag: Right Front Jeans Pocket-red/brown substance inside clear baggie. Hospital Property Bag-unknown liquid substance in brown vial & a white charge port (displaying apparent blood).

The following digital images were taken of the above items:

1. Point of View (POV) into right front pants pocket (Scott)

2. Red/brown substance inside clear baggie (Scott)

3. Hospital property bag (Scott)

4. White charge port displaying apparent blood (Scott)

5. White charge port displaying (Scott)

6. White charging port (Scott)

7. White charging port (Scott)

8. White charging port (Scott)

9. Unknown substance inside brown vial (Scott)

10. Unknown substance inside brown vial (Scott)

11. Overall clothing items inside evidence dryer "B" (Scott)

The images were downloaded onto the police computer under the following path: M:\2024 Digital Media\24-0625\Items from Clothing & Medical Bag-Scott.

At approximately 0526 hours, Cedrick's clothing articles were secured inside Evidence Dryer #B and the above items removed from his clothing and hospital bag were placed inside EL #101 inside the Investigations Unit.

Dontae's signed medical release waiver was packaged, labeled and placed inside the document's locker for temporary storage at approximately 0658 hours.

On 03-14-2024 at approximately 0955 hours, I removed evidence belonging to Dontae from EL #103. The evidence was packaged, labeled, and placed inside EL #19 in the sergeant's office for temporary storage at approximately 1030 hours.

At approximately 1035 hours, I removed Dontae's clothing articles from Evidence Dryer #A. I then took the following digital images:

1. Black stocking cap (Strother)

2. Black stocking cap (Strother)

3. Overall front side white tank top-displaying apparent blood (middle/bottom) (Strother)

4. Overall backside white tank top (Strother)

5. Overall front (interior) white tank top-displaying apparent blood (middle/bottom) (Strother)

6. Overall backside interior white tank top (Strother)

7. Overall front white t-shirt (alligators) displaying apparent blood near bottom of shirt (Strother)

8. Overall backside white t-shirt displaying apparent blood (middle/lower left side) (Strother)

9. Overall front black zip-up jacket-apparent blood left front pocket & left arm sleeve (Strother)

10. Overall backside black zip-up jacket (Strother)

11. Overall front blue jeans-displaying apparent blood & bullet hole near left front pocket (Strother)

12. Overall bullet hole (left front pocket) (Strother)

13. Midrange bullet hole (Strother)

14. Close up bullet hole (Strother)

15. Close up bullet hole (Strother)

16. Overall backside blue jeans (Strother)

17. Overall apparent bullet hole (right rear buttocks region)

18. Close up bullet hole (Strother)

19. Close up bullet hole (Strother)

20. Overall black belt (Strother)

21. Black belt displaying apparent blood (Strother)

22. Black belt displaying apparent blood (Strother)

23. Black belt displaying apparent blood (Strother)

24. Overall front white Nike AF1 tennis shoes displaying apparent blood (Strother)

25. Overall Nike tennis shoes (Strother)

26. Overall Nike tennis shoes (Strother)


The above images were downloaded onto the police computer under the following path: M:\2024 Digital Media\24-0625\Strother Clothing Images.


Dontae's clothing articles were packaged, labeled, and placed inside EL #29 inside the sergeant's office for temporary storage at approximately 1125 hours.


At approximately 1245 hours, I removed evidence belonging to Cedrick from EL #101. The evidence was packaged, labeled, and placed inside EL #24 in the sergeant's office for temporary storage at approximately 1300 hours.


At approximately 1305 hours, I removed Cedrick's clothing articles from Evidence Dryer #B. I then took the following digital images:


1. Overall front Nike t-shirt displaying apparent blood (Scott)

2. Apparent "holes" near bottom of white Nike t-shirt (Scott)

3. Close up "holes" (Scott)

4. Overall interior of white Nike t-shirt (Scott)

5. Overall bullet hole on interior white Nike t-shirt (lower left abdomen region) (Scott)
6. Midrange bullet hole (Scott)
7. Close up bullet hole (Scott)
8. Overall backside white Nike t-shirt (Scott)
9. Overall interior front white Nike t-shirt (Scott
10. Overall front white tank top (Scott)
11. Apparent holes (bottom/left side) white tank top (Scott)
12. Close up apparent holes (bottom/left side) in white tank top (Scott)
13. Overall interior of white tank top (Scott)
14. Overall backside white tank top (Scott)
15. Overall front black zip-up jacket-displaying apparent blood (upper left & bottom left) side of jacket (Scott)
16. Upper portion of jacket (Scott)
17. Bottom portion of jacket (Scott)
18. Lower left arm sleeve of black zip-up jacket (Scott)
19. Overall right front arm sleeve displaying apparent hole (Scott)
20. Midrange hole (Scott)
21. Close up hole (Scott)
22. Overall interior of black zip-up jacket (Scott)
23. Overall backside of black zip-up jacket (Scott)
24. Overall backside right arm sleeve displaying tear (Scott)
25. Overall tear (Scott)
26. Overall front side white jeans displaying apparent blood (Scott)
27. Overall top portion of white jeans (Scott)
28. Overall middle portion of white jeans (Scott)
29. Overall lower portion of white jeans (Scott)
30. Overall backside of white jeans (Scott)
31. Overall backside top portion of white jeans (Scott)
32. Midrange tear near left buttock pocket (Scott)
33. Overall apparent blood & hole near left rear quad region (Scott)
34. Close up apparent hole (left rear quad region) (Scott)
35. Overall backside lower portion of white jeans (Scott)
36. Overall front black/white PSD underwear displaying apparent blood (Scott)
37. Overall backside black/white underwear (Scott)
38. Midrange apparent bullet hole (backside upper left side) in waistband (Scott)

39. Close up apparent bullet hole in waistband (Scott)
40. Apparent bullet hole (backside upper middle) (Scott)
41. Close up bullet hole (Scott)
42. Defect backside left quad region (Scott)
43. Close up defect (Scott)
44. Overall "right" backside of underwear (Scott)
45. Overall apparent bullet holes (backside right quad region) (Scott)
46. Overall white socks displaying apparent blood (Scott)
47. Overall white socks (Scott)
48. Overall topside white Nike AF1 shoes displaying apparent blood (Scott)
49. Overall white Nike shoes (Scott)
50. Overall white Nike shoes (Scott)

The above images were downloaded onto the police computer under the following path: M:\2024 Digital Media\24-0625\Scott Clothing Images.

Cedrick's clothing articles were packaged, labeled, and placed inside EL #27 inside the sergeant's office for temporary storage at approximately 1400 hours.