# Supplement: 24-0625

| Completed By | Date |
|---|---|
| FOX, ROBERT | 03/19/2024 |
| Approved By | Approved On |
|  |  |

The following events were observed to have occurred at the corresponding timestamps (based upon the timing of incoming 911 calls regarding the shooting, the video timestamp appears to be consistent with the actual incident time. Format is HHMMSS):

011415: Victim Chrysler 200 pulls into parking lot off of Blue Ridge Blvd. Vehicle does not have headlights on. Vehicle can be seen to have two front seat occupants as it drives in front of the bar.  Vehicle then proceeds to area of Discount Smokes.

011741: Gray/black Dodge Challenger turns into parking lot of Dirty Bird (DB) off of northbound Blue Ridge Blvd. Driver can be seen wearing orange decorated hoodie as worn by Deleon Reed, and passenger wearing a black North Face hoodie, as worn by Antonio Sullivan.

011838: Challenger makes turn around corner of shopping center and proceeds to the east side of the parking lot and stops. Turns on to SB Blue Ridge Blvd toward area of Discount Smokes.

014009: Suspect exits bar and walks east along the parking lot. Enters vehicle, and leaves parking lot, parking across Blue Ridge Blvd at Rice-Tremonti house.

014435 - Suspect can be seen walking westbound along E 66th St towards Dirty Bird parking lot. Begins walking along the business storefronts on his way back to Dirty Bird.

014545 - victim vehicle and Dodge Challenger are back in the Dirty Bird parking lot (north side) in line to drive in front of the bar (again.)

014647 - Suspect walks up to Chrysler, retrieves handgun and begins shooting into vehicle until handgun goes to slide-lock (likely indicating that the firearm no longer had any ammunition in the magazine, causing the slide to remain locked to the rear)  While suspect is shooting into the vehicle, two distinct apparent firearm discharges (shown as two separate projections of what is consistent with the smoke generated by the cartridge's burning powder emanating from the barrel of a firearm) can be seen coming from inside of the Chrysler, indicating that an occupant of the vehicle discharged a firearm.  At timestamp 014654 the driver (previously identified as Cedrick Scott wearing ) can be seen pointing what appears to be a pistol out of the driver window.

014655- Challenger reverses and while going backwards (east) strikes the front of a white sedan near the parking lot entrance.

014657 - Dontae Strother falls out of passenger seat of vehicle onto ground and scurries around to other side of vehicle. Suspect stands on front deck of bar and points firearm

1 / 2

Case 4:24-cr-00198-SRB    Document 19-6    Filed 03/24/25    Page 1 of 2

REED_00000106



Defense EXHIBIT F
US v. Deleon Reed

at Strother as he hides.

014659 - Smoke puffs can be seen emanating from the driver side and passenger side of the Challenger, indicating gunfire originating from the vehicle's occupants. An impact can be seen on the ear window of the blue Mazda car (later seen to be broken in crime scene photos.) .40S&W and .45ACP casings were located in the area of where the Challenger's occupants were discharging firearms.

014700 - Suspect flees northbound across parking lot,

014719 - Challenger pulls up beside Chrysler before leaving the area.